[No. 54890-5-I. Division One. July 25, 2005.]

PROGRESSIVE WEST INSURANCE COMPANY, *Respondent*, v. MARJORIE BATEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-2-00694-1, Michael F. Moynihan, J., entered August 18, 2004. *Reversed* by unpublished opinion per Agid, J., concurred in by Baker and Kennedy, JJ.

[No. 54921-9-I. Division One. July 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DIANNE IRENE WIES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-1-00024-1, Ellen J. Fair, J., entered August 6, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54922-7-I. Division One. July 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHELLE L. BUCHANAN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 03-1-00474-9, John M. Meyer, J., entered August 13, 2004. *Reversed* by unpublished per curiam opinion.

[No. 55111-6-I. Division One. July 25, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT RAY BATKE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01216-0, Paris K. Kallas, J., entered October 1, 2004. *Affirmed* by unpublished per curiam opinion.